UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO PROJECT RESCUE, INC., a 501(c)(3) corporation, ANNIE'S FAITH FOUNDATION, a 501(c)(3) corporation, CARIBBEAN CANINE CONNECTION, a 501(c)(3) corporation, ARUBA FLIGHT VOLUNTEERS D/B/A NEW LIFE FOR PAWS FOUNDATION, a 501(c)(3) corporation, POTCAKE PLACE K9 RESCUE (USA) INC., a 501(c)(3) corporation, SAVE THE SATOS, a 501(c)(3) corporation,<br><br>   Plaintiffs,<br>v.<br><br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR DISEASE CONTROL AND PREVENTION, and MANDY K. COHEN, in her official capacity as Director of the Centers for Disease Control and Prevention,<br><br>   Defendants. | 24-CV-11552 |

**PLAINTIFFS' MOTION FOR A STAY**

For the reasons explained in this motion's accompanying memorandum of law, the plaintiffs respectfully request that this Court stay in part the Centers for Disease Control's new dog import regulation that the agency announced on May 13, 2024 and that is scheduled to go into effect on August 1, 2024. Specifically, the plaintiffs request that the Court stay the CDC's new regulation to the extent that the regulation would prohibit the importation of an adopted puppy that (1) is arriving to the United States from a Caribbean island that the CDC has deemed canine rabies-

1

free as of July 6, 2024,[1] and (2) has been given a clean bill of health by a qualified veterinarian recognized by the country from which the puppy is arriving.

        Respectfully submitted,

        /s/ Aaron M. Katz
        Aaron M. Katz
        Keira G. Zirngibl
        AARON KATZ LAW LLC
        (617) 915-6305
        akatz@aaronkatzlaw.com

        Attorneys for Plaintiffs

Dated: July 10, 2024

---

[1] Those islands are: Anguilla, Antigua, Aruba, Bahamas, Barbados, Barbuda, Cayman Islands, Dominica, Guadeloupe (including St. Bart and St. Martin), Jamaica, Martinique, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Turks and Caicos, Trinidad and Tobago, and the Virgin Islands (U.S. and U.K.).

## **CERTIFICATE OF SERVICE**

      I certify that I served a copy of the foregoing pleading on the defendants by emailing a copy of the same to HHS General Counsel Samuel Bagenstos at Samuel.Bagenstos@hhs.gov.  I also mailed a hard copy of the pleading to each defendant using the same address that was used to serve a copy of the complaint.

                                                    */s/ Aaron M. Katz*